DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES ORMONDE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CR.07-102-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER ON EXCLUSION OF TIME** |
| JAMES ORMONDE, | ) | |
| | ) | Date: August 10, 2007 |
| Defendant. | | Time: 9:00 a.m. |
| _____ | | Judge: Hon. Garland E. Burrell, Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set for June 29, 2007 be continued to August 10, 2007, and that time continue to be excluded for preparation of defense counsel and due to the complexity of the case.

   This case involves numerous boxes of documents seized during a search of Mr. Ormonde's home.  The government is arranging to provide discovery electronically.  The case has already been deemed complex under 18 USC 3161(h)(8)(B)(ii) and Local Code T2.

   For this reason, the parties agree that the ends of justice to be

served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through August 10, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4) and  § 3161(h)(8)(B)(ii) (Local code T2).

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender


DATED: June 28, 2007                /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant


                                    McGREGOR SCOTT
                                    United States Attorney



DATED: June 28, 2007                /s/ RACHELLE BARBOUR for
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.** The previously set status conference is continued to August 10, 2007.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  June 28, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2