DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES ORMONDE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )  NO. CR.07-102-GEB
            Plaintiff,          )
                                )
     v.                         )
                                )  **STIPULATION TO CONTINUE STATUS**
                                )  **CONFERENCE; ORDER ON EXCLUSION OF**
                                )  **TIME**
JAMES ORMONDE,                  )
                                )  Date: March 14, 2008
            Defendant.          )  Time: 9:00 a.m.
_____   Judge: Hon. Garland E. Burrell, Jr.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set for February 8, 2008 be continued to March 14, 2008, and that time continue to be excluded for preparation of defense counsel and due to the complexity of the case.

The parties are discussing a resolution of this case, including referral of the case to the Pretrial Services office for diversion. The parties must discuss the terms of diversion and determine the correct restitution amount.  The case has already been deemed complex under 18 USC 3161(h)(8)(B)(ii) and Local Code T2.

For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through March 14, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4) and § 3161(h)(8)(B)(ii) (Local code T2).

                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: February 6, 2008        /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant


                                        McGREGOR SCOTT
                                        United States Attorney


DATED: February 6, 2008        /s/ RACHELLE BARBOUR for
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


## O R D E R

**IT IS SO ORDERED**. The previously set status conference is continued to March 14, 2008. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: February 8, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge