DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES ORMONDE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.07-102-GEB |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER ON EXCLUSION OF TIME** |
| JAMES ORMONDE, | ) | Date: June 6, 2008 |
| Defendant. | ) | Time: 9:00 a.m. |
| | | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set for April 25, 2008 be continued to June 6, 2008, and that time continue to be excluded for preparation of defense counsel and due to the complexity of the case.

The parties are discussing a resolution of this case, including referral of the case to the Pretrial Services office for diversion. The parties must discuss the terms of diversion and determine the correct restitution amount.  The case has already been deemed complex under 18 USC 3161(h)(8)(B)(ii) and Local Code T2.

1    For this reason, the parties agree that the ends of justice to be

2  served by a continuance outweigh the best interests of the public and

3  the defendant in a speedy trial and that time under the Speedy Trial

4  Act may be excluded from the date of this order through June 6, 2008,

5  pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4) and §

6  3161(h)(8)(B)(ii) (Local code T2).

                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender


DATED: April 22, 2008              /s/ RACHELLE BARBOUR
                                   RACHELLE BARBOUR
                                   Assistant Federal Defender
                                   Attorney for Defendant


                                   McGREGOR SCOTT
                                   United States Attorney


DATED: April 22, 2008   _____    /s/ RACHELLE BARBOUR for
                                   MATTHEW STEGMAN
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** The previously set status conference is

continued to June 6, 2008.  Time is excluded in the interests of

justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: April 23, 2008

                            _____
                            GARLAND E. BURRELL, JR.
                            United States District Judge