DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES ORMONDE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                         )<br>                    Plaintiff,           )<br>                                         )<br>     v.                                  )<br>                                         )<br>                                         )<br>                                         )<br>JAMES ORMONDE,                           )<br>                                         )<br>                    Defendant.          ) | NO. CR.07-102-GEB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER ON EXCLUSION OF TIME**<br><br>Date: July 11, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

  IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set for June 6, 2008 be continued to July 11, 2008, and that time continue to be excluded for preparation of defense counsel and due to the complexity of the case.

  The parties have agreed that this case will be resolved by a term of pretrial diversion supervised by the pretrial services office. The pretrial diversion agreement must be signed by all parties and returned to the pretrial services office.  The parties expect to have this done in the next two weeks, and will inform the Court of the resolution of

1  the case prior to the next status conference.  The case has already
2  been deemed complex under 18 U.S.C. 3161(h)(8)(B)(ii) and Local Code
3  T2.
4      For this reason, the parties agree that the ends of justice to be
5  served by a continuance outweigh the best interests of the public and
6  the defendant in a speedy trial and that time under the Speedy Trial
7  Act may be excluded from the date of this order through July 11, 2008,
8  pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4) and §
9  3161(h)(8)(B)(ii) (Local code T2).

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: June 4, 2008                 /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant


                                    McGREGOR SCOTT
                                    United States Attorney

DATED: June 4, 2008                 /s/ RACHELLE BARBOUR for
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

### O R D E R

**IT IS SO ORDERED.** The previously set status conference is continued to July 11, 2008.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: June 5, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2