DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES ORMONDE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>JAMES ORMONDE,<br>    Defendant. | NO. CR.07-102-GEB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER ON EXCLUSION OF TIME**<br><br>Date: January 15, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set for July 11, 2008 be continued to January 15, 2010, and that time continue to be excluded.

   The government has agreed to defer prosecution of this case for 18 months.  The parties have signed a written deferred prosecution agreement.  Mr. Ormonde will be supervised by the pretrial services office during this period of time.  Should he fully pay back restitution during this period of time, the parties have agreed that the case be dismissed.  The parties ask that the Court approve this

continuance and exclude time pursuant to 18 U.S.C. § 3161(h)(2) (Local Code I), which provides that time be excluded for "[a]ny period of delay during which prosecution is deferred by the attorney for the Government pursuant to written agreement with the defendant, with the approval of the court, for the purpose of allowing the defendant to demonstrate his good conduct."

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: July 2, 2008                 /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant


                                    McGREGOR SCOTT
                                    United States Attorney

DATED: July 2, 2008                 /s/ RACHELLE BARBOUR for
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.** The Court approves this continuance for the purpose of deferred prosecution under the terms set forth by the parties.

Dated: July 3, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2