1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JAMES ORMONDE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CR.07-102-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **[PROPOSED] ORDER RE: PRETRIAL** |
| | ) | **SERVICES AGREEMENT** |
| | ) | |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| JAMES ORMONDE, | ) | |
| | ) | |
| Defendant. | | |

On July 10, 2008, the Court signed and filed the pretrial diversion order and agreement in this case.  The appended pretrial diversion report contains numerous items of personal information regarding Mr. Ormonde and his family.  The report was attached by the pretrial services officer for the Court's convenience and was not meant to be filed.  It is a confidential document and was inadvertently filed by the Court.

Accordingly, the defense and the pretrial services office request that the previously-filed order and attachments (docket number 31) be removed from the record, and that only the three page agreement and order (pages one through three of the previously filed document) be refiled in this case.  AUSA Matthew Stegman is out of the office and

1  unavailable to comment on this request, but defense counsel has
2  consulted with the pretrial services officer who supports it.  This
3  request is in compliance with Local Rule 39-140, which sets forth
4  privacy concerns regarding electronically filed documents.

                                      Respectfully submitted,
                                      DANIEL J. BRODERICK
                                      Federal Defender

DATED: July 10, 2008         /s/ RACHELLE BARBOUR
                                      RACHELLE BARBOUR
                                      Assistant Federal Defender
                                      Attorney for Defendant

**O R D E R**

**IT IS SO ORDERED.**

Dated:  July 10, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge