1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2973

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR.S-07-102 GEB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| JAMES ORMONDE, | ) | GOVERNMENT'S MOTION TO DISMISS INFORMATION; [PROPOSED] ORDER |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing the above-entitled matter filed against defendant JAMES ORMONDE on March 16, 2007.

On July 8, 2008, the defendant was placed on pretrial diversion pursuant to an agreement between the parties. The defendant has completed all of the terms of said agreement. See Pretrial Services letter (Exhibit 1).

///
///
///

1

1  Accordingly, the government moves to dismiss all charges against
2  JAMES ORMONDE in the pending information.
3  DATED: December 15, 2009            BENJAMIN B. WAGNER
                                       United States Attorney

                                By:  /s/ Matthew C. Stegman
                                     MATTHEW C. STEGMAN
                                     Assistant U.S. Attorney

                          ORDER

   IT IS SO ORDERED.

Dated:  December 15, 2009

                       _____
                       GARLAND E. BURRELL, JR.
                       United States District Judge